IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 4 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00771-BNB

GARY WAYNE McGREGOR,

    Plaintiff,

v.

DONNA THURLOW, In her Individual and Official Capacity as Colorado Department of
    Corrections Time and Computational Supervisor,
CATHERINE MOSCHETTI, In her Individual and Official Capacity as a Colorado
    Department of Corrections Time and Computational Employee,
DAVID MICHAUD, In his Individual and Official Capacity as the Administrative Head of
    the Colorado State Board of Parole,
BECKY LUCERO, In her Individual and Official Capacity as the Administrative Head of
    the Colorado State Board of Parole,
KENNETH WILLIAMS, In his Individual and Official Capacity as a Colorado Department
    of Corrections Employee,
RICHARD ROBERTS, In his Individual and Official Capacity as a Colorado Department
    of Corrections Employee,
HAROLD BONHAM, In his Individual and Official Capacity as a Corrections Corporation
    of America Employee,
BRIDGETTE TORRES, In her Individual and Official Capacity as a Corrections
    Corporation of America Employee, and
RICHARD SMELSER, In his Individual and Official Capacity as a Corrections
    Corporation of America Employee,

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO FILE
## AMENDED PRISONER COMPLAINT

---

    Plaintiff, Wayne McGregor, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Crowley County Correctional Facility in Olney Springs, Colorado. On March 25, 2011, Plaintiff initiated this action by filing a Prisoner Complaint. Plaintiff asserts jurisdiction in this case pursuant to 28 U.S.C.

§ 1343 and 42 U.S.C. §§ 1983. The Court must construe the Complaint liberally because Plaintiff is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court, however, should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Plaintiff will be ordered to file an Amended Complaint.

Plaintiff must name the proper parties who are responsible for violating his constitutional rights and assert each defendant's personal participation in the alleged constitutional violations. Personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Plaintiff must show that each defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A named defendant may not be held liable merely because of his or her supervisory position. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

To state a claim in federal court, a complaint must explain what each defendant did to harm a plaintiff, when the defendant did it, how the defendant's action harmed the plaintiff, and what specific legal right the plaintiff believes the defendant violated. *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that **within thirty days from the date of this Order** Plaintiff file an Amended Complaint that complies with this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, two copies of the Prisoner Complaint form for use in submitting the Amended Complaint. It is

FURTHER ORDERED that if Plaintiff fails within the time allowed to file an Amended Complaint that complies with this Order, the Complaint and the action will be dismissed without further notice.

DATED April 14, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00771-BNB

Gary Wayne McGregor
Prisoner No. 54498
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on April 14, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk