IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00771-LTB

GARY WAYNE MCGREGOR,

       Plaintiff,

v.

DONNA THURLOW, in her Individual and Official Capacity as Colorado Department of
    Corrections Time and Computational Supervisor,
CATHERINE MOSCHETTI, in her Individual and Official Capacity as a Colorado Department
    of Corrections Time and Computational Employee,
DAVID MICHAUD, in his Individual and Official Capacity as the Administrative Head of the
    Colorado State Board of Parole,
BECKY LUCERO, in her Individual and Official Capacity as the Administrate Head of the
    Colorado State Board of Parole,
KENNETH WILLIAMS, in his Individual and Official Capacity as a Colorado Department of
    Corrections Employee,
RICHARD ROBERTS, in his Individual and Official Capacity as a Colorado Department of
    Corrections Employee,
HAROLD BONHAM, in his Individual and Official Capacity as a Corrections Corporation of
    America Employee,
BRIDGETTE TORRES, in her Individual and Official Capacity as a Corrections Corporation of
    America Employee, and
RICHARD SMELSER, in his Individual and Official Capacity as a Corrections Corporation of
    America Employee,

       Defendants.

---

ORDER TO CURE DEFICIENCY

---

Babcock, Senior Judge

    Plaintiff submitted a Notice of Appeal on May 16, 2011. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

1

**(A)** **Filing Fee**
    X    is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    X    is not submitted
    ___    is missing affidavit
    ___    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
    ___    is missing required financial information
    ___    is missing an original signature by the prisoner
    ___    is not on proper form (must use the court's current form)
    ___    other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  18th  day of May, 2011.

BY THE COURT:

    s/Lewis T. Babcock
SENIOR JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO